IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARGARET E ALDRIDGE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:25-cv-00055-MTT |
| JAMES DOUGLAS WALKER, *et al.,* | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of November, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk